# Court of Appeals
# of the State of Georgia

ATLANTA,  November 29, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0499. RICHARD LYNN v. THE STATE.**

On May 3, 2012, Richard Lynn filed a pro se notice of appeal from an order entered on November 10, 2011, denying his motion to suppress identification evidence. The case remains pending below. Pretermitting the timeliness of the appeal, we lack jurisdiction to consider the appeal because Lynn failed to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b). It is well-settled that the denial of a motion to suppress is reviewable only under the interlocutory appeal procedures of OCGA § 5-6-34 (b) or after conviction. See *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995). Lynn's failure to comply with this statute deprives this Court of jurisdiction to consider his direct appeal. The appeal is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/29/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*